

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00052-CV

_____

IN RE SHAHEED MUHAMMAD A/K/A PHILLIP WALKER, Relator

---

Original Proceeding
89th District Court of Wichita County, Texas
Trial Court Nos. 57912-C & 55179-C

---

Before Sudderth, C.J.; Womack and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator Shaheed Muhammad aka Phillip Walker's Application for Writ of Mandamus, along with the supplemental clerk's record filed by the District Clerk of Wichita County, and is of the opinion that relief should be denied because the trial judge has already granted a prior motion seeking the same relief. We forward a copy of that order, dated March 12, 2019, to relator along with a copy of this memorandum opinion. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: March 10, 2021